

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2023

No. 04-23-00018-CV

**EARTH MOTORCARS, LLC**,
Appellant

v.

Brian Todd **GLOWKA**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-665
Honorable Kirsten Cohoon, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we VACATE the trial court's temporary injunction, DISMISS this appeal for want of jurisdiction, and REMAND the cause for further proceedings. It is ORDERED that appellant recover its costs of this appeal from appellee.

It is so **ORDERED** on May 31, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2023.

_____
Michael A. Cruz, Clerk of Court